Present — Goldman, P. J., Marsh, Gabrielli, Moule and Henry, JJ.

NORMAN OWCZARKOWSKI, Respondent, v. LEONARD PAWLICKI, Appellant.—

Present — Del Vecchio, J. P., Marsh, Moule, Bastow and Henry, JJ.

RVA TRUCKING, INC., Respondent, v. LANE CONSTRUCTION CORPORATION et al., Appellants. (Appeal No. 1.) —

774

Present — Del Vecchio, J. P., Marsh, Moule, Bastow and Henry, JJ.

RVA Trucking, Inc., Respondent, v. Lane Construction Corporation et al., Appellants. (Appeal No. 2.) —

Present — Del Vecchio, J. P., Marsh, Moule, Bastow and Henry, JJ.

Geraldine Whelehan, as Administratrix of the Estate of Bernard Whelehan, Deceased, Appellant, v. County of Monroe, Respondent. —

Present — Goldman, P. J., Marsh, Gabrielli and Henry, JJ.

John M. Huether, Respondent, v. Peter Blad et al., Appellants. —